| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2003** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*  King, George H. | 2. Court or Organization  United States District Court Central District of California | 3. Date of Report  5/17/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  Roybal Federal Bldg., Suite 660 255 East Temple Street Los Angeles, CA 90012  7. Chambers or Office Address | 5. Report Type (check appropriate type)  ___ Nomination, Date _____  ___ Initial  **X** Annual  ___ Final  8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ | 6. Reporting Period  1/1/03 – 12/31/03 |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

|  | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
|  | NONE (No reportable positions.) | |
| 1 | Trustee | Trust # 1 |
| 2 | Power of Attorney | ███████Member within meaning of Canon 5 |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| **X** | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

|  | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| **X** | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | DATE | SOURCE AND TYPE | |
|---|---|---|---|
|  | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | 2003 | Stutman, Treister & Glatt | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
### (Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)

SOURCE        DESCRIPTION

☐   NONE (No such reportable reimbursements.)

1

2   ABTL     October 16-19 – Santa Ana Pueblo, New Mexico
       (Lodging, partial meals & partial transportation)

3

4

5

6

7

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)

SOURCE        DESCRIPTION        VALUE

☒   NONE (No such reportable gifts.)

1                $

2                $

3                $

4                $

## VI. LIABILITIES. (Includes those of spouse and dependent children See pp. 32-33 of Instructions.)

CREDITOR        DESCRIPTION        VALUE CODE*

☒   NONE (No reportable liabilities.)

1

2

3

4

5

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| George H. King | 5/17/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| Description of Assets (including trust assets) | A. Amount Code 1 (A-H) | B. Type (e.g. div, rent or int.) | C. Value Code 2 (J-P) | C. Value Method Code (Q-W) | D. buy, sell, merger, redemption | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Am. Int'l Grp. | A | Div. | K | T | | | | | |
| 2 WACHOVIA CORP. | D | Div. | M | T | | | | | |
| 3 Yum Brands, Inc. | | None | J | T | | | | | |
| 4 Wells Fargo Money MKT. | A | Int. | L | T | | | | | |
| 5 Fidelity Growth Mutual Fund | | None | | | Sell | 2/13/03 | K | | |
| 6 Boeing | A | Div. | K | T | | | | | |
| 7 In Trust # 1 Financial Credit Union – FCU (Formerly Court & Records) | A | Int. | K | T | | | | | |
| 8 Fidelity U.S. Govt Res. | A | Div. | | | Sell | 2/13/03 | K | A | |
| 9 SB Money FDS Retire Port. #1 | A | Div. | J | T | | | | | |
| 10 Cisco Systems, Inc. | A | Div. | K | T | | | | | |
| 11 Microsoft Corp. | A | Div. | J | T | | | | | |
| 12 Pfizer, Inc. | A | Div. | J | T | | | | | |
| 13 SBC Comm. Inc. | A | Div. | J | T | | | | | |
| 14 Wal-Mart | A | Div. | K | T | | | | | |
| 15 General Electric | A | Div. | K | T | | | | | |
| 16 SB Money FDS Retire Port. CIA #2 (now in Equitable Accumulator) | A | Div. | M | T | | | | | |
| 17 Biotech Holdrs Trust | A | Div. | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

5. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code1 (A-H) | B (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 18 SB Money FDS Retire Port. CL A #3 | A | Div. | J | T | | | | | |
| 19 Lucent Technologies | | None | J | T | | | | | |
| 20 Pimco High Yield Fund Class C | D | Div. | M | T | | | | | |
| 21 UTS SPDR Trust Ser. 1 | A | Div. | J | T | | | | | |
| 22 AGERE Systems, Inc. Class A | | None | J | T | | | | | |
| 23 AGERE Systems, Inc. Class B | | None | J | T | | | | | |
| 24 Real Property Prescott, AZ (In Trust # 1) | D | Rent | M | R | | | | | |
| 25 Bank of America Acct (See Item I.2) | A | Int. | J | T | | | | | |
| 26 Wells Fargo Acct. (See Item I.2) | | None | M | T | | | | | |
| 27 Franklin Smnall Cap Growth Fund | A | Div. | J | T | Buy | May, 2003 | J | | |
| 28 Seligman Capital Fund | A | Div. | J | T | Buy | May 2003 | J | | |
| 29 Citi Bank (Excess from items 9, 16, 18, &/ or 20 | C | Int. | L | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000

2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Co. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | George H. King | 5/17/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date _5/17/0 4_

George H. King

NOTE: ANY INDIVIDUAL WHO KNO███████ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL ███████NS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544